# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BILL UZETA,** | Case No. EDCV 15-01260-DDP-JPR |
| Plaintiff, | **ORDER** |
| vs. | |
| **ASSET ACCEPTANCE, LLC, and DOES 1 through 10, inclusive,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the parties' stipulation to dismiss this case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own attorney's fees, costs and expenses.

Dated: October 31, 2017        _____
                                UNITED STATES DISTRICT JUDGE

Order to Dismiss - 1